JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAHSHUA T.N. GREEN, | ) ED CV 12-1688-DDP (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| P.D. BRAZELTON, Warden, | ) |
| | ) |
| Respondent. | ) |
| | ) |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: August 30, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE